IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GEORGE PAUL MOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 306-081 |
| | ) |
| U.S. JUSTICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this ___ day of March, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE